```
✓ FILED        ___ RECEIVED
___ ENTERED    ___ SERVED ON
               COUNSEL/PARTIES OF RECORD

       AUG 2 1 2012

    CLERK US DISTRICT COURT
    DISTRICT OF NEVADA
BY: _____ DEPUTY
```

1  CATHERINE CORTEZ MASTO
   Attorney General
2  WILLIAM J. GEDDES
   Senior Deputy Attorney General
3  Nevada Bar No. 6984
   555 Wright Way
4  Carson City, NV 89711
   (775) 684-4606
5  E-mail: wjgeddes@ag.nv.gov

6  Attorneys for Defendants Cheryl Burson, James Cox
7  Howard Skolnik, LaVert Taylor, and Brian Williams

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

SAMAJA FUNDERBURK,

    Plaintiff,

vs.

HOWARD SKOLNIK, JAMES COX, BRIAN E. WILLIAMS, CHERYL BURSON, and LAVERT TAYLOR,

    Defendants.

Case No. 3:11-cv-00020-RCJ-WGC

**STIPULATION FOR DISMISSAL**

Pro se Plaintiff SAMAJA FUNDERBURK and Nevada Department of Corrections ("NDOC") Director Greg Cox (on behalf of Defendants HOWARD SKOLNIK, JAMES COX, BRIAN E. WILLIAMS, CHERYL BURSON, and LAVERT TAYLOR) and Defendants' attorney, Catherine Cortez Masto, Nevada Attorney General, by and through William J. Geddes, Senior Deputy Attorney General, hereby STIPULATE and AGREE that all proceedings in the above-captioned matter should be dismissed with prejudice.

///
///
///
///

1   This *Stipulation for Dismissal* is based upon an out-of-court settlement reached by
2   Plaintiff and Defendants in this matter, and which settlement has further been memorialized in
3   a written settlement agreement executed contemporaneously herewith.

4   Dated: June 8, 2012.

*[signature]*
SAMAJA FUNDERBURK
*Pro Se* Plaintiff

7   Dated: June 15, 2012.

THE NEVADA DEPARTMENT OF CORRECTIONS

(on behalf of on behalf of itself and all of its past, present, and future officers, directors, employees, agents, predecessors, parents, subsidiaries, affiliates, divisions, correctional facilities, successors, administrators, and assigns, including

SKOLNIK, COX, WILLIAMS, BURSON, and TAYLOR)

By: *[signature]*
GREG COX
NDOC Director

16  Dated: June __, 2012.

OFFICE OF THE ATTORNEY GENERAL

CATHERINE CORTEZ MASTO
Attorney General

By: *[signature]*
WILLIAM J. GEDDES
Senior Deputy Attorney General

*Attorneys for* Defendants HOWARD SKOLNIK, JAMES COX, BRIAN E. WILLIAMS, CHERYL BURSON, and LAVERT TAYLOR

*Attorney General's Office*
*Department of DMV/DPS*
*555 Wright Way*
*Carson City, NV 89711*

## II.

## ORDER FOR DISMISSAL WITH PREJUDICE

Having considered the preceding *Stipulation for Dismissal with Prejudice*, as agreed to by the parties hereinabove, and for other GOOD CAUSE, THE COURT hereby ORDERS that this case be DISMISSED with PREJUDICE.

IT IS SO ORDERED.

Dated this 20 day of ~~June 2012.~~ August, 2012

_____
UNITED STATES DISTRICT COURT JUDGE

3