Case 3:11-cv-00020-RCJ -WGC   Document 44   Filed 06/26/12   Page 1 of 3

1   CATHERINE CORTEZ MASTO
    Attorney General
2   WILLIAM J. GEDDES
    Senior Deputy Attorney General
3   Nevada Bar No. 6984
    555 Wright Way
4   Carson City, NV  89711
    (775) 684-4606
5   E-mail: wjgeddes@ag.nv.gov

6   Attorneys for Defendants Cheryl Burson, James Cox
7   Howard Skolnik, LaVert Taylor, and Brian Williams

8              IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF NEVADA

10  SAMAJA FUNDERBURK,                    Case No. 3:11-cv-00020-RCJ-WGC

11          Plaintiff,                    STIPULATION FOR DISMISSAL

12  vs.

13  HOWARD SKOLNIK, JAMES COX, BRIAN E.
14  WILLIAMS, CHERYL BURSON, and LAVERT
    TAYLOR,
15
16          Defendants.

17

18

19          *Pro se Plaintiff* SAMAJA FUNDERBURK and Nevada Department of Corrections

20  ("NDOC") Director Greg Cox (on behalf of Defendants HOWARD SKOLNIK, JAMES COX,

21  BRIAN E. WILLIAMS, CHERYL BURSON, and LAVERT TAYLOR) and Defendants' attorney,

22  Catherine Cortez Masto, Nevada Attorney General, by and through William J. Geddes, Senior

23  Deputy Attorney General, hereby STIPULATE and AGREE that all proceedings in the above-

24  captioned matter should be dismissed with prejudice.

25  / / /

26  / / /

27  / / /

28  / / /

1

1    This *Stipulation for Dismissal* is based upon an out-of-court settlement reached by

2  Plaintiff and Defendants in this matter, and which settlement has further been memorialized in

3  a written settlement agreement executed contemporaneously herewith.

4  Dated: June _8_, 2012.

SAMAJA FUNDERBURK
*Pro Se* Plaintiff

6

7  Dated: June _15_, 2012.        **THE NEVADA DEPARTMENT OF CORRECTIONS**

8                                 (on behalf of on behalf of itself and all of its
                                  past, present, and future officers, directors,
9                                 employees, agents, predecessors, parents,
                                  subsidiaries, affiliates, divisions, correctional
10                                facilities, successors, administrators, and
                                  assigns, including

11                                SKOLNIK, COX, WILLIAMS, BURSON,
                                  and TAYLOR)

12

By:

GREG COX
NDOC Director

16  Dated: June _15_, 2012.        **OFFICE OF THE ATTORNEY GENERAL**

17

18                                CATHERINE CORTEZ MASTO
                                  Attorney General

19

By:

20                                WILLIAM J. GEDDES
                                  Senior Deputy Attorney General

21

22                                *Attorneys for* Defendants HOWARD
                                  SKOLNIK, JAMES COX, BRIAN E.
23                                WILLIAMS, CHERYL BURSON, and
                                  LAVERT TAYLOR

Attorney General's Office
Department of DMV/DPS
555 Wright Way
Carson City, NV  89711

2

## II.

## ORDER FOR DISMISSAL WITH PREJUDICE

Having considered the preceding *Stipulation for Dismissal with Prejudice*, as agreed to by the parties hereinabove, and for other GOOD CAUSE, THE COURT hereby ORDERS that this case be DISMISSED with PREJUDICE.

IT IS SO ORDERED.

Dated this _22_ day of ~~June 2012~~. *August, 2012*

_____
UNITED STATES DISTRICT COURT JUDGE

3